ODEN
*vs*
TAUL'S ADM'R.
AND OTHERS.

prosecutes a writ of error he should give such bond before suing out the writ.

---

# Oden *vs* Taul's Administrator and others.

APPEAL FROM THE CLARKE CIRCUIT.

*Master in Chancery. Commissioner's report.*

JUDGE EWING delivered the opinion of the Court.

CHANCERY.

*Case 22.*

*September 24.*

THE commissioner appointed at the October term, 1840, by the order of the Chancellor, to ascertain and report to the Court a reasonable compensation to be allowed to the complainant for maintenance, clothing, &c. of the infants, having taken evidence and made report to the March term following, which was noted on the record, had no authority afterwards, without an order of re-commitment, to take other evidence and make a second report to the subsequent July term. The powers of the commissioner expired so soon as he made the first report, and his subsequent action was without warrant, and the evidence taken unauthorized and inadmissible, and having been taken without legal notice, was also *ex parte*, and should not have been made the basis of a decree.

But as the facts brought to light by the new evidence, conceding to it the force of *ex parte* affidavits, are material, and tend to the conclusion that if it were properly taken, that a different result would be produced, and one more favorable to the infants than that which the evidence regularly taken would require; and as the defendants were infants and ignorant of the facts developed, and there is ground to believe that the complainant suppressed a portion of the evidence, we do not feel warranted in directing a decree upon that portion of the evidence which has been regularly taken, without allowing

Commissioners appointed by the chancellor to ascertain and report facts for his information, after having done so & made their report, has no authority thereafter to take other proof and make another report, their power ceased on making their first report.

But if by such report new facts are brought to light which probably would produce a different result if the proof thereof was properly taken and favorable to infants, opportunity should be afforded for its regular production, as well as any other which might come to light.

an opportunity to the infants to retake the evidence which has been excluded, or any other which may throw light on the case.

The decree is, therefore, reversed and cause remanded for further proceedings.

*Eginton* for appellant; *Hanson* for appellees.